# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| SHAFT INNOVATIONS UK, LTD., SHAFT INNOVATIONS, INC., and BENYAMIN NUSAIR § § § § | |
| Plaintiffs, § § | Civil Action No. 1:21-cv-00737-LY |
| vs. § § | |
| BTCT INNOVATIONS X, LLC, and PRODUCT LABS HOLDINGS, INC. § § § | |
| Defendants. § | |

## STIPULATION OF DISMISSAL

Plaintiffs Shaft Innovations UK, Ltd., Shaft Innovations, Inc., and Benyamin Nusair, and Defendants BTCT Innovations X, LLC and Product Labs Holdings, Inc. hereby stipulate to dismissal of this matter with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The dismissal is immediately effective.

STIPULATED BY:

<table>
<tr><td>

*/s/ James G. Ruiz*
James G. Ruiz (17385860)
Winstead PC
401 Congress Ave, Suite 2100
Austin, TX 78701
Telephone: (512) 370-2818
Facsimile: (512) 370-2850
jruiz@winstead.com

*Counsel for Plaintiffs*

</td><td>

*/s/ Timothy Cleveland*
CLEVELAND | TERRAZAS PLLC
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
(512) 689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com

*Counsel for Defendants*

</td></tr>
</table>

Of Counsel:
Aaron M. Herzig
Robert W. McDonald
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3597
Telephone: (513) 357-8768
Facsimile: (513) 381-0205
aherzig@taftlaw.com
rmcdonald@taftlaw.com

David C. Roper
Taft Stettinius & Hollister LLP
65 E State Street, Suite 1000
Columbus, OH 43215
Telephone: (614) 220-0210
Facsimile: (614) 221-2007
droper@taftlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing documents was served on all counsel of record by way of e-service or e-mail on October 29, 2021.

                                        */s/ Austin H. Krist*
                                        Austin H. Krist